COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:        In re Pico Mexico Servicios Petroleros de RL. De CV and London Offshore Consultants, Inc.

Appellate case number:      01-13-00260-CV

Trial court case number:     71631

Trial court:               412th District Court of Brazoria County

On March 28, 2013, Pico Mexico Servicios Petroleros de RL. De CV and London Offshore Consultants, Inc. filed a Petition for Writ of Mandamus and a Motion for Temporary Relief. The Court requests that real party in interest Mammoet Salvage Americas, Inc. and file a response to the Motion for Temporary Relief. Mammoet Salvage is requested specifically to address any harm caused by a delay of 60 days in the depositions of Andrew Minster and Kevin Highfield, noticed for April 2-3, 2013.

The response to the Motion must be filed with the Court no later than 12:00 noon on Monday, April 1, 2013. With respect to the filing of the response, Rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," is suspended. The response must be received in the clerk's office or filed in accordance with this Court's rules on efiling no later than 12:00 noon on April 1, 2013. *See* Tex. R. App. P. 2, 9.2(b).

It is so ORDERED.

Judge's signature: <u>s/Harvey Brown</u>
                       X Acting individually    ☐ Acting for the Court

Date:  March 28, 2013